# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

FILED—CLERK
U.S. DISTRICT COURT

04 AUG 11  PM 4: 00

TX EASTERN-MARSHALL

BY_____

|  |  |
|---|---|
| ORION IP, LLC, | Civil Action No. **2 - 0 4 C V - 2 9 7** |
| **Plaintiff,** |  |
| v. |  |
| STAPLES, INC. | **JURY DEMANDED** |
| **Defendant.** |  |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement in which Orion IP, LLC makes the following allegations against Staples, Inc.

### PARTIES

1.     Plaintiff Orion IP, LLC ("Orion") is a Delaware limited liability company with its principal place of business at 74-785 Highway 111, Suite 103, Indian Wells, California 92210.

2.     Defendant Staples, Inc. ("Staples") is a Delaware corporation with its principal place of business at 500 Staples Drive, Framingham, Massachusetts and has offices and stores throughout the United States, Texas and the Eastern District of Texas.

### JURISDICTION AND VENUE

3.     This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.     Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b). Defendant Staples has a regular and established place of business in this district, has transacted business in this district and, on information and belief, has committed acts of patent infringement in this district.

## COUNT 1

## INFRINGEMENT OF U.S. PATENT NO. 5,367,627

5.     Orion is the owner by assignment of United States Patent No. 5,367,627 ("the '627 patent") entitled "Computer-Assisted Parts Sales Method," a true copy of which is attached as Exhibit A, duly issued on November 22, 1994.

6.     The '627 Patent was invented by Jerome D. Johnson.

7.     Defendant has been and now is directly infringing, and indirectly infringing by way of inducing infringement and/or contributing to the infringement of the '627 patent in the state of Texas, in this judicial district, and elsewhere in the United States by, among other things, making and using supply chain methods, supply chain systems, sales methods, sales systems, marketing methods, marketing systems, inventory methods and inventory systems covered by one or more claims of the '627 patent to the injury of Orion.

8.     Defendant has actively induced and is actively inducing infringement of the '627 patent.

9.     As a result of Defendant's infringement of the '627 patent, Orion has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

10.    Unless a permanent injunction is issued enjoining Defendant and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents,

2

attorneys, representatives, and all others acting on their behalf or in concert or privity with any of them from infringing the '627 patent, Orion will be greatly and irreparably harmed.

## PRAYER FOR RELIEF

WHEREFORE, Orion requests that this Court enter:

A judgment in favor of Orion that Defendant has infringed, directly and indirectly by way of inducing and/or contributing to the infringement of the '627 patent.

A permanent injunction, enjoining Defendant and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, attorneys, representatives and all others acting on their behalf or in concert or privity with any of them from infringing, inducing the infringement of, or contributing to the infringement of the '627 patent.

A judgment and order requiring Defendant to pay Orion damages for Defendant's infringement of the '627 patent, together with interest (both pre- and post- judgment), costs and disbursements as fixed by this Court under 35 U.S.C. §284; and

A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. §285 and awarding to Orion its reasonable attorneys' fees.

**ORION DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Dated: July 11, 2004

Respectfully submitted,

**ORION IP, LLC**

By: _S. Calvin Capshaw_

S. Calvin Capshaw, Attorney-in-Charge
State Bar No. 0378390
Elizabeth L. DeRieux
State Bar No. 05770585

3

Brown McCarroll LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, TX 75601-5157
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787
E-mail: ccapshaw@mailbmc.com
E-mail: ederieux@mailbmc.com

Otis W. Carroll
State Bar No. 03895700
Ireland Carroll & Kelley, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone:  (903) 561-1600
Facsimile:  (903) 581-1071
E-mail: nancy@icklaw.com

Franklin Jones Jr.
State Bar No. 00000055
Jones and Jones, Inc., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, TX 65671-1249
Telephone:  (903) 938-4395
Facsimile:  (903) 938-3360
E-mail: maizieh@millerfirm.com

Attorneys for plaintiff
ORION IP, LLC

Of Counsel

David Pridham
R.I. State Bar No.  6625
Orion IP, LLC
74785 Highway 111, Suite 103
Indian Wells, CA  92210
Telephone:  (760) 674-1066
Facsimile:  (760) 674-9797
E-mail:  david@ipnav.com

4

# United States Patent [19]

## Johnson

[11] Patent Number: 5,367,627

[45] Date of Patent: * Nov. 22, 1994

US005367627A

[54] **COMPUTER-ASSISTED PARTS SALES METHOD**

[75] Inventor: **Jerome D. Johnson**, Mankato, Minn.

[73] Assignee: **Clear with Computers, Inc.**, Mankato, Minn.

[*] Notice: The portion of the term of this patent subsequent to Feb. 1, 2011 has been disclaimed.

[21] Appl. No.: **133,986**

[22] Filed: **Oct. 12, 1993**

#### Related U.S. Application Data

[63] Continuation of Ser. No. 959,525, Oct. 13, 1992, Pat. No. 5,283,865, which is a continuation of Ser. No. 435,809, Nov. 13, 1989, abandoned.

[51] Int. Cl.$^5$ .......................... G06F 3/14; G06F 15/24

[52] U.S. Cl. ...................................... 395/161; 364/401; 395/147

[58] Field of Search ............... 395/161, 156, 160, 147; 364/401, 403; 434/373, 365, 367, 428

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,435,769 | 3/1984 | Nagano et al. | 364/464.01 |
| 4,775,935 | 10/1988 | Yourick | 364/401 |
| 4,931,929 | 6/1990 | Sherman | 364/401 |
| 4,964,043 | 10/1990 | Galvin | 364/401 |
| 4,972,318 | 11/1990 | Brown et al. | 364/401 X |
| 4,992,940 | 2/1991 | Dworkin | 364/401 |
| 5,053,956 | 10/1991 | Donald et al. | 364/401 |
| 5,146,404 | 9/1992 | Calloway et al. | 364/401 |
| 5,153,825 | 10/1992 | Yauk et al. | 364/401 |
| 5,309,355 | 5/1994 | Lockwood | 364/401 |

#### OTHER PUBLICATIONS

*Case IH Parts Counter Merchandiser* cover sheet and table of contents, Apr. 1990.

*JI Case Parts Price List,* vol. 1, (2 pp.), Mar. 1992.

*Read Me First,* CaseIH Operators Manual, CWC, Inc., Feb. 1989, pp. 1 to 7–12.

*Read Me First,* Cass Parts Guide, CWC, Inc., 1988, pp. 1–23.

*Primary Examiner*—Raymond J. Bayerl

*Attorney, Agent, or Firm*—Merchant, Gould, Smith, Edell, Welter & Schmidt

[57] **ABSTRACT**

A computerized system provides a salesperson with assistance related to training and sales of parts corresponding to particular products. More particularly, a computerized system incorporating a data storage device, a display apparatus, a part selection device and a user interface mechanism enhances the efforts of a parts salesman. The data storage device electronically stores graphic and textual parts-related information including specifications, features and customer benefits. The display apparatus electronically displays portions of the graphic and textual information in order to provide training and sales assistance related to part features and customer benefits. The part selection device electronically selects a particular part by navigating through part choices menus based on stored part specifications. The user interface mechanism controls the operation of the display apparatus and the part selection device parts so that each of the respective parts are operatively coupled and related to one another.

**15 Claims, 74 Drawing Sheets**



# Exhibit A

**FIG. 1**



**FIG. 6**





**FIG. 1A**    104

FIG. 1C ⟋—108

| SEQUENTIAL DISPLAY GENERATION | 148 |
| --- | --- |
| – COLOR SEQUENCE GENERATION | 150 |
| – CUSTOMIZED TEXT DISPLAY GENERATION | 152 |
| – CUSTOMIZED SEQUENCE GENERATION | 154 |
| ANIMATED DEMONSTRATION GENERATION | 156 |

FIG. 1D ⟋—110

| DEALER PERSONALIZATION | 157 |
| --- | --- |
| CUSTOMER PERSONALIZATION | 158 |
| RETRIEVE STORED REPORT | 160 |
| UPDATE REPORT | 162 |
| PRINTED GRAPHICS GENERATION | 164 |
| PRINTED COLOR GENERATION | 166 |

U.S. Patent     Nov. 22, 1994     Sheet 4 of 74     5,367,627

## FIG. 2





FIG. 3A

FIG. 3B



**FIG. 4**





U.S. Patent

Nov. 22, 1994

Sheet 8 of 74

5,367,627

**FIG. 5**

FIG. 7





FIG. 8A



FIG. 8B

FIG. 9

U.S. Patent

Nov. 22, 1994

Sheet 12 of 74

5,367,627





FIG. 10

FIG. 14

FIG. 11





FIG. 12A

FIG. 12B

12B

DISPLAY PART
INFORMATION
442

434
CHOOSE
SECTION 4

CHOOSE PARTS
444

436
DO WE
NEED TO DO
THE OTHER
SECTIONS
?

NO

YES

END GET PART BY
APPLICATIONS FOR
REMAN ELECTRIC
446

438
GET AND
DISPLAY
SECTION 5

440
CHOOSE
SECTION 5

12A

U.S. Patent

Nov. 22, 1994

Sheet 17 of 74

5,367,627

FIG. 13



FIG. 15A



FIG. 15B

**FIG. 16**



U.S. Patent

Nov. 22, 1994

Sheet 21 of 74

5,367,627

FIG. 17





FIG. 19

FIG. 20





FIG. 21

## FIG. 22



FIG. 23



FIG. 24A



**FIG. 24B**



**FIG. 24C**





FIG. 24D



FIG. 24E

**FIG. 24F**



**FIG. 18**





**FIG. 25**

| CASEIH PARTS Introduction | |
| --- | --- |
| QUICK REFERENCE<br>  Cross-Reference<br>  Product Information<br><br>PRESENTATIONS/PROPOSALS<br>  Customer Presentation<br>  Customer Equipment<br><br>TIME-SAVING TOOLS<br><br>GRAPHIC SLIDE SHOW<br><br>CUSTOMIZE<br><br>Leave CASS PARTS | Cross-Reference<br>————————<br><br>Quickly find a part by entering a part number or a description of the equipment the part will fit |

700

**FIG. 26**

| CASEIH PARTS Cross-Reference | |
| --- | --- |
| Batteries<br><br>Filters<br><br>Remanufactured<br>  Electric<br><br>Lubrication<br><br>Bearings<br><br>Main Menu | Batteries<br>————————<br>Choose a battery by specifying:<br><br>1) CASE part number<br><br>     OR<br><br>2) Equipment<br>   Application<br>   (make & model)<br><br>     OR<br><br>3) Battery<br>   Specifications |

702

FIG. 27

706

CASEIH PARTS
Limit Batteries

CASEIH PART #

EQUIPMENT APPLICATION

BATTERY SPECIFICATIONS

BCI Group
Cold Cranking Amps
Reserve Cap Minutes
Voltage
Dimensions (inches)
Warranty Months
Price

CASEIH PART #
_____

Specify the CASEIH Part number for
the battery you wish to select.

Press right arrow when lit to go to
order screen.



FIG. 28

**FIG. 29**



710

CASEIH PARTS
Unit

Equipment

Add a unit

Section

INDUSTRIAL, ROAD & MISC. EQUIPMENT
FARM EQUIPMENT
LIGHT TRUCKS & VANS
PASSENGER CARS
TRUCKS, BUSES & COACHES



FIG. 30

**FIG. 31**

