IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

**DATE:** August 24, 2005

| **JUDGE** | **REPORTER:** Shea Sloan |
|---|---|
| LEONARD DAVIS | **LAW CLERK:** John Love, Andrea Houston & Joe Price |

| | |
|---|---|
| **ORION IP, LLC**<br>  Plaintiff | **CIVIL ACTION NO**: 2:04-CV-297 |
| vs. | **Markman Hearing**<br>**& Motion Hearing (Dkt #188 & 197)** |
| **STAPLES, INC., et al**<br>  Defendant | |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Danny Williams<br>Ruben Bains<br>Mike Amerson<br>Elizabeth DeRiex<br>David Pridham<br><br>Other Counsel present, but did not announce:<br>Calvin Capshaw<br>Wes Hill<br>Chris Bunt | David Bahler (Home Depot)<br>Mark Wine (Toyota)<br>John Edmonds (Harley Davidson)<br>William LaFuze (Harley Davidson)<br><br>Other Counsel Present, but did not announce:<br>Thad Heartfield (Toyota)<br>Jennifer Ainsworth (Home Depot) |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 9:34 am            **ADJOURN:** 12:43 pm

| TIME: | MINUTES: |
|---|---|
| 9:34 am | Case called.   Mr. Williams, Mr. Bains, Mr. Amerson, Ms. DeRieux, Mr. Pridham announced ready for the plaintiff.  Mr. Bahler for Home Depot, Mr. Edmonds & Mr. LaFuze *for Harley-Davidson* & Mr Wine for Toyota announced ready for defendants. Other counsel present, but did not announce: Chris Bunt, Wes Hill, Calvin Capshaw for Orion; Jennifer Ainsworth for Home Depot; Thad Heartfield for Toyota. |
| 9:35 am | Court addressed the parties regarding groundwork on how the proceedings will take place.  Court will allow an opening statement and then proceed with the terms. |

**DAVID J. MALAND, CLERK**

**FILED: 8.24.2005**

BY: *Rosa L. Ferguson*, Courtroom Deputy

PAGE 2  - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 9:36 am | Mr. Williams presented opening statements to the Court. |
| 9:49 am | Mr. Wine presented opening statements to the Court. |
| 9:50 am | Court addressed parties and Court will hear the two disputed terms and then the defendants proceed with their disputed claims. |
| 9:51 am | Mr. Wine continued with his opening statements to the Court. |
| 9:57 am | Court addressed the parties regarding motions pending. |
| 9:57 am | Mr. Edmonds presented Motion for Leave to Supplement Invalidity Contentions (Dkt #188 & 197). |
| 10:00 am | Ms. DeRieux responded to Mr. Edmonds motions. |
| 10:01 am | Mr. Edmonds responded. |
| 10:02 am | Ms. DeRieux further responded. |
| 10:04 am | Mr. Edmonds responded as to the other cases pending in Judge Ward's Court.  Court asked counsel to get those case numbers (pending in Judge Ward's Court) to our Law Clerk. |
| 10:04 am | Ms. DeRieux further responded. |
| 10:05 am | Mr. Edmonds further responded. |
| 10:07 am | Ms. DeRieux further responded. |
| 10:09 am | Mr. Edmonds further responded. |
| 10:09 am | Court addressed the parties regarding supplementation of invalidity contentions.  Court will grant late filings, including 8.15.05 filings, but this will be the extent of new filings. |
| 10:11 am | Court addressed parties on Motion to Quash.  Ms. DeRieux addressed the Court and are trying to get resolved. |
| 10:11 am | Court in recess for 5 minutes. |
| 10:14 am | Mr. Williams addressed the Court and responded to Mr. Wine's opening statement.  Mr. Williams presented Claim 1 of the '627 patent and term **"proposal."** and Claim 1 of the '342 patent and term **"a customized proposal."** |
| 10:18 am | Mr. Bahler responded and agrees that terms should be consistently defined. |
| 10:18 am | Mr. Williams further presented argument on the term "proposal." |
| 10:26 am | Mr. Bahler responded to the plaintiff's proposed language for the term "proposal." |
| 10:28 am | Mr. Williams continued with his presentation. |

PAGE 3 - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 10:28 am | Mr. Bahler further presented argument on the proposal term. |
| 10:31 am | Mr. Williams further responded to the Court. |
| 10:34 am | Mr. Bahler presented Defendant's proposed language for "proposal." |
| 10:39 am | Mr. Williams responded to Mr. Bahler's presentation. |
| 10:41 am | Mr. Williams presented plaintiff's proposed claim language on the term **"customized proposal."** |
| 10:45 am | Mr. Bahler responded. |
| 10:48 am | Mr. Williams further responded. |
| 10:49 am | Mr. Bahler further responded. |
| 10:50 am | Parties agreed not to construe the term **"customized."** |
| 10:50 am | Mr. Williams addressed the Court on further terms that need to be addressed, possibly in two groupings. |
| 10:51 am | Mr. Bahler addressed the Court further on proposal having to do with sales. |
| 10:52 am | Mr. Williams further responded.  Court gave parties the language it is leaning toward. Mr. Williams further responded. |
| 10:54 am | Mr. Bahler further responded and defendant's would agree with Court's language. |
| 10:55 am | Mr. Williams further responded. |
| 10:57 am | Mr. Wine addressed the Court on Figures 1A & 1B.  Mr. Wine presented language on **"product pictures and product environments"**. |
| 11:08 am | Mr. Williams responded to Mr. Wine's presentation. |
| 11:12 am | Mr. Wine responded. |
| 11:13 am | Mr. Williams continued with his presentation on **"Pictures/Segments"** terms. |
| 11:15 am | Mr. Wine responded |
| 11:16 am | Mr. Williams continued with his argument. |
| 11:18 am | Mr. Wine further responded as to Yourick system. |
| 11:21 am | Mr. Williams further responded. |
| 11:24 am | Mr. Wine responded as to the formatting element. |
| 11:25 am | Court inquired of the parties regarding further presentation.  Mr. Wine estimated ½ hour.  Mr. Williams agreed. |
| 11:25 am | Court in recess for 10 minutes. |

PAGE 4  - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 11:41 am | Court resumed. |
| 11:41 am | Mr. Wine presented the Defendants' proposed language for the term **"environment."** |
| 11:51 am | Mr. Williams responded to the "environment" issue. |
| 11:55 am | Mr. Wine responded to Mr. Williams argument. |
| 11:56 am | Mr. Williams further responded. |
| 11:56 am | Court inquired of parties of a scenario of a pick-up truck, with cloth seats, for ranching (cows) and a tool-box. |
| 11:57 am | Mr. Williams responded to the product environment pictures. |
| 11:58 am | Mr. Wine responded. |
| 12:00 pm | Mr. Williams further responded to the product vs environment. |
| 12:01 pm | Mr. Wine further responded to the environmental pictures. |
| 12:03 pm | Mr. Williams further responded. |
| 12:03 pm | Mr. Edmonds presented other terms to the Court.  Mr. Edmonds presented their proposed language for terms **"customer" vs. "user".** |
| 12:06 pm | Mr. Williams indicated that user and customer could be the same person. |
| 12:07 pm | Mr. Edmonds continued with his presentation on "customer & user". |
| 12:09 pm | Mr. Williams responded on the "customer & user" issue. |
| 12:12 pm | Mr. Edmonds presented their proposed language for term **"questions."** |
| 12:21 pm | Mr. Williams responded. |
| 12:26 pm | Mr. Edmonds responded. |
| 12:27 pm | Mr. Edmonds presented their issue on Claim 11 – **"Questions related to at least one desired feature and at least one desired use."** |
| 12:29 pm | Mr. Williams responded. |
| 12:29 pm | Court inquired if there were any other issues. |
| 12:30 pm | Mr. Bahler addressed the Court on the issues remaining on the '627.. |
| 12:31 pm | Mr. Bahler presented their proposed language for term **"parts."** |
| 12:32 pm | Mr. Williams responded. |
| 12:33 pm | Mr. Bahler presented their proposed language for term **"Equipment."** |
| 12:34 pm | Mr. Williams responded. |

PAGE 5 - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 12:35 pm | Mr. Bahler further responded. |
| 12:36 pm | Mr. Bahler presented their proposed language for term **"Receiving Information."** |
| 12:37 pm | Court and parties discussed parts and the plurality of the language. Mr. Bahler further responded. |
| 12:39 pm | Mr. Williams responded as to "receiving information." |
| 12:43 pm | Mr. Bahler responded. |
| 12:43 pm | Court thanked the parties for excellent presentations and briefs. |
| 12:43 pm | There being nothing further, Court adjourned. |