IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

DATE: October 25, 2005

| JUDGE | REPORTER: Shea Sloan |
|---|---|
| LEONARD DAVIS | LAW CLERK: John Love, Andrea Houston & Joe Price |

| ORION IP, LLC<br>Plaintiff | CIVIL ACTION NO: 2:04-CV-297 |
|---|---|
| vs. | Motion Hearing (Dkt #227 & 241) |
| STAPLES, INC., et al<br>Defendant | |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Danny Williams ✓<br>Mike Amerson<br>James Jorgensen<br>Elizabeth DeRiex<br>Calvin Capshaw<br>Otis Carroll ✓<br>Wes Hill ✓<br>Chris Bunt ✓<br>Franklin Jones<br>David Pridham | David Bahler (Home Depot)<br>Jennifer Ainsworth (Home Depot) ✓<br>Thad Heartfield (Toyota) ✓<br>Mark Wine (Toyota) ✓<br>John Edmonds (Harley Davidson)<br>William LaFuze (Harley Davidson) |

On this day, came the parties by their attorneys and the following proceedings were had:

OPEN: 10:10                    ADJOURN:

| TIME: | MINUTES: |
|---|---|
| | Parties announce. Otis Carroll addresses the court and announces the parties have resolved the Motion to Compel. Court denies the motion as moot. Danny Williams addresses Motion for leave to file (#241) & (#246). |

DAVID J. MALAND, CLERK

FILED: 10.25.2005

BY Peggy Thompson

PAGE 3 - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 10:17 | Mark Wine addresses the Court. The court finds the pltf has shown good cause & grants motion #241. Shad Heartfield addresses the court. Mark Wine addresses the court. |
| 10:28 | Danny Williams addresses the court. Mark Wine addresses the Court. Danny Williams responds. The court stands by its original ruling and grants the Motion for leave to amend. |
| 10:31 | Court adjourned. |